# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHARON WILSON AND LILLIE JONES, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-00787-E |
| ETECH GLOBAL SERVICES LLC ETECH TEXAS LLC, ETECH, INC., DALLAS CENTER, LLC, and MATTHEW F. ROCCO, | § § § § § § § | |
| *Defendants.* | § | |

## ORDER ON JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Leave to File Settlement Agreement Under Seal, Approval of Confidential Settlement Agreement and Dismissal with Prejudice (Dkt. No. 70). The Court has reviewed the proposed Settlement Agreement and determined that it is a fair and equitable resolution to the claims asserted by Plaintiffs in this cause, and it is therefore APPROVED by the Court. Furthermore, having approved the Settlement Agreement, the Court agrees with the Parties that this cause should be dismissed with prejudice, and therefore ORDERS that this cause is dismissed with prejudice. Except as otherwise specified in the Settlement Agreement, all costs incurred by a party are borne by that party.

So ORDERED this 16th day of September, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE